IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
IN ADMIRALTY
CASE NO. 4:11-cv-221-BO

| | |
|---|---|
| JAMES S. TERRY and wife CONNIE L. TERRY, <br>     Plaintiffs, <br> v. <br><br> M/V RYAN'S JOY (O.N. 1169018), her boats, tackle, apparel, furniture, engines, fishing history and permits, and appurtenances, etc., <br>    *in rem*, <br><br> and <br><br> DEBBY CRUISE, LLC, COBLE TRENCH SAFETY, INC., THOMAS L. COBLE, and GEOFF FLYNT, <br>    *in personam*, <br>    Defendants | **ORDER GRANTING MOTION TO SUBSTITUTE PARTY** |

    **IT IS ORDERED** that Debby T. Coble, as Executrix of the Estate of Thomas L. Coble, is substituted for and in place of Thomas L. Coble pursuant to Fed. R. Civ. P. 25(a).

*/s/ Terrence W. Boyle*
Terrence W. Boyle
United States District Court Judge