IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:11-CV-221-BO

| | | |
|---|---|---|
| JAMES S. TERRY and wife CONNIE L. TERRY, | ) ) | |
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| | ) | |
| M/V RYAN'S JOY (O.N. 1169018), *et al.*, | ) | |
| Defendants. | | |

This cause comes before the Court on several motions related to discovery filed by defendants M/V Ryan's Joy, Debby Cruise, LLC, and Debby T. Coble, as Executrix of the Estate of Thomas L. Coble. A hearing was held on these matters before the undersigned on November 14, 2012, at Raleigh, North Carolina.

In accordance with the reasons discussed at the hearing, the Court holds that defendants' amended motion for neuropsychological and mental examination of James S. Terry [DE 44] is DENIED, defendants' motion for protective order [DE 46] is DENIED AS MOOT, and defendants' corrected motion to amend scheduling order [DE 50] is also DENIED AS MOOT.

SO ORDERED, this 15 day of November, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE